# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| THE ESTATE OF CHRIS BROWN, DENISE BROWN (individuallyy and as the personal representative of Brown's estate), JOHN BROWN, SAMANTHA BROWN and JACOB BROWN,<br><br>    Plaintiffs,<br><br>  v.<br><br>JENNIFER MEIERDIRK (in her individual and official capacities), SHAWN NOLAN (in his individual and official capacities), WAYNE HANSON (in his individual and official capacities), JOSH LUND (in his individual and official capacities) and ROCK COUNTY,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.: 07-cv-286-bbc |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

  This case is dismissed against defendants Jennifer Meierdirk, Shawn Nolan, Wayne Hansen, Josh Lund and Rock County with prejudice with respect to plaintiffs' federal constitutional claims and without prejudice with respect to plaintiffs' state common law negligence claims.

            **THERESA M. OWENS**
_____
            **Theresa M. Owens, Clerk**

          _**/s/ M. Hardin**_             _____**6/12/08**_____
           **by Deputy Clerk**               **Date**